UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR94 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDY HERNANDEZ-CASTILLO, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 64). The Court has reviewed the record in this case and finds as follows:

1. On January 21, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 17 U.S.C. § 506(a)(1)(A) and (B), 18 U.S.C. § 2319(b)(1) and 17 U.S.C. § 506(b), based upon the defendant's plea of guilty to Counts I and II of the Information filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 26, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No. 63 ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords, held by any person or entity, is hereby forever barred and foreclosed.

C. The all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords, be, and the same hereby are, forfeited to the United States of America .

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 29th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court